**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 27, 2025**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| KYLE CHAPMAN MOTOR SALES, L.P., | § § § | LEAD CASE NO. 24-10143-SMR |
| KCMS PREMIER CREDIT, INC., | § § | SECOND CASE NO. 24-10144-SMR |
| CAVALIER LAMAR HOLDINGS, L.P., | § § § | THIRD CASE NO. 24-10146-SMR |
| DEBTORS.[1] | § § § | CHAPTER 11 (JOINTLY ADMINISTERED UNDER CASE NO. 24-10143-SMR) |

**ORDER (1) DENYING CONFIRMATION OF PLAN, AND (2) DENYING FROST BANK'S RENEWED MOTION TO CONVERT OR DISMISS**
**(Relates to ECF Nos. 151 & 152)**

On May 16, 2025, the Court held a hearing on the above Debtors' chapter 11 plan of reorganization (the "Amended Plan" at ECF No. 151). Prior to the May 16 hearing, Frost Bank filed an objection to confirmation of the Amended Plan, but also included an attempt to renew its

---

[1] The address for the Debtors is: 18300 S. IH 35, Buda, Texas 78610. The last four digits of their respective tax identification numbers are: Kyle Chapman Motor Sales, L.P. (#8241); KCMS Premier Credit, Inc. (#4717); Cavalier Lamar Holdings, L.P. (#5509).

1

Motion to Convert or Dismiss in the same pleading, contrary to Local Rule 9013-1(a).[2] The Debtors and Frost Bank presented argument and evidence at the May 16 confirmation hearing. At the conclusion of the confirmation hearing, the Court took confirmation of the Amended Plan under advisement. The Court set the matter for an oral ruling on May 23, 2025.

On May 23, 2025, the Court set forth its findings of fact and conclusions of law in an oral ruling on the record. For the reasons set forth on the record at the May 23, 2025 oral ruling, the Court finds that the Amended Plan should not be confirmed, and Frost Bank's *Renewed Motion to Convert or Dismiss* at ECF No. 152 should be denied without prejudice as a multifarious pleading.

**ACCORDINGLY, IT IS THEREFORE ORDERED** that confirmation of the Debtors' Amended Plan filed at ECF No. 151 is **DENIED.**

**IT IS FURTHER ORDERED** that the Debtors shall file a new chapter 11 plan on or before June 23, 2025, or this case shall be dismissed.

**IT IS FURTHER ORDERED** that to the extent that Frost Bank's *Objection to Joint Plan of Reorganization and Renewed Motion to Convert or Dismiss* filed at ECF No. 152 requests that the Court convert or dismiss this case, that request is **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that nothing in this Order shall be construed as a finding or ruling on the merits of Frost Bank's request for conversion or dismissal in the pleading at ECF No. 152.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

---

[2] *See Objection to Joint Plan of Reorganization and Renewed Motion to Convert or Dismiss*, ECF No. 152.